ACCEPTED
03-13-00571-CV
4546873
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/18/2015 1:30:56 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-13-00571-CV

\*\*\*

## IN THE COURT OF APPEALS
## THIRD COURT OF APPEALS DISTRICT
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/18/2015 1:30:56 PM
JEFFREY D. KYLE
Clerk

\*\*\*

## THE CITY OF CARROLLTON, TEXAS
**Appellant/Plaintiff**

## V.

## GREG ABBOTT, ATTORNEY GENERAL OF TEXAS
**Appellee/Defendant**

---

## APPEAL FROM THE 345TH DISTRICT COURT
## OF TRAVIS COUNTY, TEXAS
## TRIAL COURT CAUSE NO. D-1-GV-12-000989
## HONORABLE AMY CLARK MEACHUM, PRESIDING JUDGE

---

## APPELLANT'S NOTICE OF APPEARANCE AND
## ATTORNEY-IN-CHARGE

---

**DENTON NAVARRO ROCHA BERNAL HYDE & ZECH**
A Professional Corporation
2500 W. William Cannon Drive, Suite 609
Austin, Texas 78745-5292
(512) 279-6431
(512) 279-6438 Facsimile
George E. Hyde
State Bar No. 45006157
Scott M. Tschirhart
State Bar No. 24013655

ATTORNEYS FOR APPELLANT

**MAY IT PLEASE THE COURT:**

NOW COMES APPELLANT, City of Carrollton, Texas, (hereafter, "City" and/or "Appellant") and advises the Court that one of its attorneys, ERIN A. HIGGINBOTHAM, is no longer with the law firm of Denton Navarro Rocha Bernal Hyde & Zech, P.C. and requests that the Court recognize the appearance of attorney SCOTT M. TSCHIRHART as the designated Attorney-in-Charge in this matter for the Appellant.

SIGNED on this the 18th day of March, 2015.

Respectfully submitted,

DENTON NAVARRO ROCHA BERNAL HYDE & ZECH
A Professional Corporation
2500 W. William Cannon Drive, Suite 609
Austin, Texas 78745-5292
(512) 279-6431
(512) 279-6438 Facsimile
george.hyde@rampage-aus.com
scott.tschirhart@rampage-aus.com

By: _____
GEORGE E. HYDE
State Bar No. 45006157
SCOTT M. TSCHIRHART
State Bar No. 24013655

*ATTORNEYS FOR APPELLANT*
*CITY OF CARROLLTON, TEXAS,*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served upon the below named individuals as indicated, and according to the Texas Rules of Civil Procedure and/or via electronic mail pursuant to the parties' written agreement that such service shall constitute personal service on the 18th day of March, 2015.

Matthew R. Entsminger
Open Records Litigation
Environmental Protection and
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

via electronic notice
matthew.entsminger@texasattorneygeneral.gov

GEORGE E. HYDE
SCOTT M. TSCHIRHART